Same case below, 367 Fed. Appx. 804.

**No. 09-11084. Jason Wayne Waller, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3531, 177 L. Ed. 2d 1111, 2010 U.S. LEXIS 5516.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 362 Fed. Appx. 926.

**No. 09-11086. Michael D. Whitelaw, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3531, 177 L. Ed. 2d 1111, 2010 U.S. LEXIS 5430.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 362 Fed. Appx. 567.

**No. 09-11087. Ronald Sellers, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3531, 177 L. Ed. 2d 1111, 2010 U.S. LEXIS 5498.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 595 F.3d 791.

**No. 09-11090. Jesse Rondale Bailey, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3531, 177 L. Ed. 2d 1111, 2010 U.S. LEXIS 5443.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 367 Fed. Appx. 647.

**No. 09-11091. Holger-Helmut Brummer, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3532, 177 L. Ed. 2d 1111, 2010 U.S. LEXIS 5380.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 598 F.3d 1248.

**No. 09-11095. Mark Morelock, Petitioner v. United States.**

561 U.S. 1036, 130 S. Ct. 3532, 177 L. Ed. 2d 1111, 2010 U.S. LEXIS 5265.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 369 Fed. Appx. 681.

**No. 09-11097. Rudolph George Stanko, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3532, 177 L. Ed. 2d 1111, 2010 U.S. LEXIS 5295.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-11101. Leslie Dean Goss, Petitioner v. United States.**

561 U.S. 1037, 130 S. Ct. 3532, 177 L. Ed. 2d 1111, 2010 U.S. LEXIS 5274.

June 28, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.